IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:09-CR-21-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| MICHAEL EUGENE LOCKLEAR | ) | |

Before the Court is Defendant's Motion for Immediate Release [DE 44] and the Government's Response in Opposition [DE 45] thereto. Counsel for the Defendant contends that the Defendant is not competent to stand trial, that he does not pose a danger to the community, and that he does not meet the criteria set forth in Title 18 U.S.C. § 4246 for further commitment. Defendant's contentions purport to be grounded in certain FMC Butner staff reports dated February 4, 2011 and July 12, 2011.

Considering the factual assertions raised by the Defendant and the gravity of both the public and private interests at stake, this matter shall be set for a hearing. Aug 25, 2011.

IT IS SO ORDERED, this the 9 day of August, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE